**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | February 05, 2013 | Douglas E. Cressler<br>Chief Deputy Clerk |

Mr. William Allen
Mr. Bernard A. Buescher
Mr. Daniel D. Domenico
Mr. Jonathan Patrick Fero
Mr. Maurice Knaizer
Ms. Megan Paris Rundlet
Ms. Stephanie Lindquist Scoville
Ms. Kathleen Spalding
Mr. Frederick Richard Yarger
Office of the Attorney General for the State of Colorado
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203

**RE:     12-1445, Kerr, et al v. Hickenlooper**
         District docket: 1:11-CV-01350-WJM-BNB

Dear Counsel:

Appellant's brief is deficient because:

There is no list of prior or related appeals, with appropriate citations, nor is there an express statement that there are no prior or related appeals. See 10th Cir. R. 28.2(C)(1).

You may correct the stated deficiency by one of the following methods:

1. Filing a corrected brief with the clerk (filing constitutes submitting a corrected brief via the court's Electronic Case Filing system [ECF] and providing the clerk with seven hardcopies of the corrected brief).
2. Filing a corrected brief via ECF and making arrangements with the clerk's office to have the deficient hardcopies of the brief picked up and returned at the party's expense so that it can be corrected and returned to the clerk. The court will not pay postage or other costs.
3. Filing an errata sheet containing the omitted matter via ECF (use the event code "errata sheet filed"). You do not need to refile the brief, nor do you need to provide any paper copies of the attachment.

The appendix that was submitted with the brief is in compliance with all relevant appellate rules and will be docketed as filed upon receipt of the corrected brief.

Corrections, however made, must be accompanied by proof of service on all other parties to the appeal.

The time to file a response brief will run from the date of service of appellant's corrected brief.

If you fail to correct the stated deficiency within 10 days of the date of this letter, the deficient brief will not be filed. In addition, the appeal may be dismissed without further notice.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court


cc: Emily L. Droll
Michael Francis Feeley
Herbert L. Fenster
Sarah Levine Hartley
John Anthony Herrick
Carrie Elizabeth Johnson
Lino S. Lipinsky de Orlov
David E. Skaggs
Geoff Williamson


EAS/ad