Case No. 12-1445
IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

ANDY KERR, et al.
    Plaintiffs-Appellees,

  v.

JOHN HICKENLOOPER,
Governor of Colorado, in his official capacity,
    Defendant-Appellant.

On Appeal from the United States District Court for the District of Colorado
Civil Action No. 1:11-cv-01350-WJM-BNB
Judge William J. Martinez

**MOTION TO FILE AMICUS BRIEF FOR *AMICI*
INDEPENDENCE INSTITUTE
AND
CATO INSTITUTE**

The Independence Institute and the Cato Institute respectfully moves that this Court allow them to file an amicus curiae brief, in order to provide this Court with additional information about the original meaning of the Guarantee Clause and the Supreme Court's interpretation thereof. Both parties have consented to the filing of this brief.

David B. Kopel
*Counsel of Record*
Independence Institute
727 E. 16th Ave.
Denver, CO 80203

(303) 279-6536 ext. 112

Ilya Shapiro
Cato Institute
1000 Mass. Ave., N.W.
Washington, DC 20001
(202) 842-0200
(admission to 10th Circuit pending)

Feb. 8, 2013