Case No. 12-1445

# IN THE UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

ANDY KERR, Colorado State Representative, *et al.*

Plaintiffs-Appellees,

v.

JOHN HICKENLOOPER, Governor of Colorado, in his official capacity,

Defendant-Appellant.

On Appeal from
The United States District Court For the District of Colorado
D.C. No. 11-cv-01350-WJM-BNB
Hon. William J. Martinez, United States District Judge

## Notice of Withdrawal of Counsel on behalf of Defendant-Appellant Governor of Colorado

PLEASE TAKE NOTICE: Frederick Yarger of the Colorado Office of the Attorney General withdraws as counsel for Defendant-Appellant Governor John Hickenlooper.

Solicitor General Daniel Domenico, Deputy Attorney General Bernie Buescher, and Assistant Attorney General Megan Rundlet, all of whom filed entries of appearance in this case on November 9, 2012, will continue to represent the Governor as counsel of record.

Respectfully submitted this 13th day of June, 2013.

JOHN W. SUTHERS
Attorney General

*/s/ Frederick R. Yarger*
_____

DANIEL D. DOMENICO
Solicitor General
FREDERICK R. YARGER
Assistant Solicitor General
BERNIE BUESCHER
Deputy Attorney General
MEGAN PARIS RUNDLET
Assistant Attorney General
Office of the Colo. Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Telephone: (720) 508-6000

*Attorneys for Defendant-Appellant*
*John Hickenlooper, Governor of the*
*State of Colorado*

## CERTIFICATE OF DIGITAL SUBMISSION
## AND PRIVACY REDACTIONS

I hereby certify that a copy of the foregoing **Notice of Withdrawal of Counsel on behalf of Defendant-Appellant Governor of Colorado**, as submitted in Digital Form via the court's ECF system, is an exact copy of the written document filed with the Clerk and has been scanned for viruses with the Symantec Endpoint Protection, Version 11.0.7101.1056, and, according to the program, is free of viruses.  In addition, I certify all required privacy redactions have been made.


*/s/ Frederick R. Yarger*
_____

## CERTIFICATE OF SERVICE

This is to certify that on this 13th day of June, 2013, I provided service of this **Notice of Withdrawal of Counsel on behalf of Defendant-Appellant Governor of Colorado** through the federal ECF filing protocol and by e-mailing to the following attorneys and/or their law firms:

**Attorneys for Plaintiffs**:

Lino S. Lipinsky de Orlov (llipinsky@mckennalong.com)
Herbert Lawrence Fenster(hfenster@mckennalong.com)
David Evans Skaggs(dskaggs@mckennalong.com)
Michael F. Feeley(mfeeley@bhfs.com)
John A. Herrick(jherrick@bhfs.com)
Geoffrey W. Williamson(gwilliamson@bhfs.com)
Carrie E. Johnson(cjohnson@bhfs.com)

**Attorneys for Amici Curiae**:

Melissa Hart(melissa.hart@colorado.edu)
David Benjamin Kopel(david@i2i.org)
John M. Bowlin (john.bowlin@dgslaw.com
Emily L. Droll (Emily.droll@dgslaw.com)
Andrew M. Low (Andrew.low@dgslaw.com)
D'Arcy Winston Straub(dstraub@ecentral.com)
Ilya Shapiro (ishapiro@cato.org)
James Martin Manley (jmanley@mountainstateslegal.com)
Harold Haddon (hhaddon@hmflaw.com)
Laura Kastetter(lkastetter@hmflaw.com)
Matthew Douglas (matthew.douglas@aporter.com)
Nathaniel J. Hake(Nathaniel.hake@aporter.com)
Paul Rodney (paul.rodney@aporter.com)
Holly Elizabeth Sterrett (holly.sterrett@aporter.com)
Joseph Guerra (jguerra@sidley.com)
Kathleen Moriarty Mueller (kmueller@sidley.com)
Catherine Carla Engberg (engberg@smwlaw.com)
Richard A. Westfall (rwestfall@halewestfall.com)

**In addition, a copy has been sent via U.S. Mail to the following:**

Luke A. Wake
Karen R. Harned
NFIB Small Business Legal Center
1201 F Street NW, Suite 200
Washington, DC 20004


*/s/ Mary A. Brown*
_____