FILED  
United States Court of Appeals  
Tenth Circuit

June 13, 2013

Elisabeth A. Shumaker  
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

ANDY KERR, Colorado State Representative, et al.,

    Plaintiffs - Appellees,

v.

JOHN HICKENLOOPER, Governor of Colorado, in his official capacity,

    Defendant - Appellant.

------------------------------

D'ARCY WINSTON STRAUB, et al.,

    Amici Curiae.

No. 12-1445

---

## ORDER

---

This matter is before the court on the Notice of Withdrawal of Counsel, construed as a motion for counsel to withdraw. As construed, the motion is granted. Attorney Frederick Yarger is hereby withdrawn as counsel for Appellant, Governor John Hickenlooper.

    Entered for the Court

    ELISABETH A. SHUMAKER, Clerk