

**UNITED STATES COURT OF APPEALS
TENTH CIRCUIT**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

**Oral Argument Calendar Notice / Acknowledgment Form**

Name  _____

Address  _____

City, State, Zip  _____

Re:   Case No(s):  _____

       Caption:  _____

       Argument Date:  _____

       Time:  _____  (Arguing attorneys must report 45 minutes prior thereto)

       Courtroom/Place:  _____

Within 10 days, this form must be filled out and filed in CM/ECF by the arguing attorney in the appeal set.

Questions can be directed to the 10th Circuit Calendar Team:
Tenth Circuit Calendar Team, Byron White United States Courthouse
1823 Stout Street, Denver, CO 80257
Email:  10th_Circuit_CalTeam@ca10.uscourts.gov     Phone: (303) 335-2708

        I acknowledge receipt of the court's calendar notice assigning the subject case(s) for argument or submission on the briefs, at the above place, time and date (please type),

_____  will present oral argument on behalf of

_____ (name of party), the _____

Signed (Recipient):  *David E. Skaggs*

Typed or Printed Name:  _____

Address:  _____
          _____
          _____

Email Address Required  _____

Telephone:  _____

Attorney for:  _____
               (Name of Party Represented)

Date:  _____

**Note**: If you are an attorney for the defendant in a criminal appeal, or the petitioner in a habeas corpus/civil rights or immigration matter, you must complete the custody status questionnaire found at http://www.ca10.uscourts.gov. Thank you.

Revised 4/2009