Appellate Case: 12-1445     Document: 01019130004     Date Filed: 09/23/2013     Page: 1

FILED
United States Court of Appeals
Tenth Circuit

September 23, 2013

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| ANDY KERR, Colorado State Representative; NORMA V. ANDERSON; JANE M. BARNES, member Jefferson County Board of Education; ELAINE GANTZ BERMAN, member State Board of Education; ALEXANDER E. BRACKEN; WILLIAM K. BREGAR, member Pueblo District 70 Board of Education; BOB BRIGGS, Westminster City Councilman; BRUCE W. BRODERIUS, member Weld County District 6 Board of Education; TRUDY B. BROWN; JOHN C. BUECHNER, Ph.D., Lafayette City Councilman; STEPHEN A. BURKHOLDER; RICHARD L. BYYNY, M.D.; LOIS COURT, Colorado State Representative; THERESA L. CRATER; ROBIN CROSSAN, member Steamboat Springs RE-2 Board of Education; RICHARD E. FERDINANDSEN; STEPHANIE GARCIA, member Pueblo City Board of Education; KRISTI HARGROVE; DICKEY LEE HULLINGHORST, Colorado State Representative; NANCY JACKSON, Arapahoe County Commissioner; WILLIAM G. KAUFMAN; CLAIRE LEVY, Colorado State Representative; MARGARET MARKERT, Aurora City Councilwoman; MEGAN J. MASTEN; MICHAEL MERRIFIELD; MARCELLA L. MORRISON; JOHN P. MORSE, Colorado State Senator; PAT NOONAN; BEN PEARLMAN, Boulder County Commissioner; WALLACE PULLIAM; PAUL WEISSMANN; JOSEPH W. WHITE,<br><br>Plaintiffs - Appellees, | No. 12-1445 |

v.

JOHN HICKENLOOPER, Governor of Colorado, in his official capacity,

        Defendant - Appellant.

------------------------------

D'ARCY WINSTON STRAUB; INDEPENDENCE INSTITUTE; CATO INSTITUTE, SEN.KEVIN LUNDBERG, REP. JERRY SONNENBERG, REP. JUSTIN EVERETT, REP. SPENCER SWALM, REP. JANAK JOSHI, REP. PERRY BUCK, SEN. TED HARVEY, SEN, KENT LAMBERT, SEN. MARK SCHEFFEL, SEN KEVIN GRANTHAM, SEN VICKI MARBLE, SEN. RANDY BAUMGARDNER, REP. DAN NORDBERG, REP FRANK MCNULTY, REP JARED WRIGHT, REP. CHRIS HOLBERT, REP. KEVIN PRIOLA, SEN. SCOTT RENFROE, SEN. BILL CADMAN, COLORADO UNION OF TAXPAYERS FOUNDATION, NATIONAL FEDERATION OF INDEPENDANT BUSINESS LEGAL FOUNDATION; TABOR FOUNDATION; OKLAHOMA COUNCIL FOR PUBLIC AFFAIRS; HOWARD JARVIS TAXPAYERS FOUNDATION; FREEDOM CENTER OF MISSOURI; FREEDOM FOUNDATION; GOLDWATER INSTITUTE, COLORADO CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS AND COLORADO NONPROFIT ASSOCIATION; COLORADO GENERAL ASSEMBLY; BELL POLICY CENTER; COLORADO FISCAL INSTITUTE; THE CENTER ON BUDGET AND POLICY PRIORITIES; COLORADO PARENT

| | |
|---|---|
| TEACHERS ASSOCIATION; ERWIN CHEMERINSKY; HANS LINDE; WILLIAM MARSHALL; GENE NICHOL; WILLIAM WIECEK; COLORADO ASSOCIATION OF SCHOOL BOARDS; COLORADO ASSOCIATION OF SCHOOL EXECUTIVES,<br><br>    Amici Curiae. | |

_____

## ORDER

_____

Before **BRISCOE**, Chief Judge, **SEYMOUR** and **LUCERO**, Circuit Judges.

_____

    This matter was argued by counsel and submitted to the court. Daniel Domenico argued for the Appellant. David Skaggs argued for the Appellees.

                                                        Entered for the Court

                                                        ELISABETH A. SHUMAKER<br>
                                                        Clerk of the Court