UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

| | |
|---|---|
| ANDY KERR, et al.,<br><br>　　　　*Plaintiffs-Appellees,*<br><br>v.<br><br>JOHN HICKENLOOPER, Governor of Colorado, in his official capacity,<br><br>　　　　*Defendant-Appellant,*<br><br>D'ARCY WINSTON STRAUB, et al.,<br><br>　　　　*Amici Curiae.* | No. 12-1445 |

## MOTION OF TAX ANALYSTS TO OBTAIN A RECORDING OF ORAL ARGUMENT

Pursuant to this Court's Rule 34.1(E), Tax Analysts hereby requests a copy of the oral argument held in this case on Monday, September 23, 2013 before a panel consisting of Chief Judge Briscoe, Judge Seymour and Judge Lucero. In support of this motion, Tax Analysts states as follows:

1. Tax Analysts is a non-profit publisher located at 400 South Maple Street, Suite 400, Falls Church, Virginia  22041.  Tax Analysts was founded in 1970 and is today a leading provider of tax news and analysis for the global community.  More than 150,000 tax professionals in law and accounting firms, corporations, and government agencies rely on Tax Analysts' publications (both paper and online) for in-depth federal, state, and international content each day.  Tax Analysts has the industry's largest tax-dedicated correspondent staff, with more than 250 domestic and international correspondents.  Our address online is www.tax.org.

2. Our weekly publication, *State Tax Notes,* and our online daily, *State Tax Today,* cover issues of state and location taxation in all 50 states.  Both publications have already reported on prior developments in this case, and Tax Analysts seeks

access to the audio of the oral argument for the purpose of continuing that coverage by reporting on what took place at the argument in this Court.

3. The case is newsworthy and of significance to Tax Analysts' readers not only in Colorado, but elsewhere. The core issue in the case is the validity of Colorado's Taxpayer Bill of Rights ("TABOR") under the "guarantee clause" of the U.S. Constitution. TABOR has been a matter of interest to tax professionals and others since it was adopted in a referendum over 20 years ago. Tax Analysts seeks to provide its readers with news of the most recent development, which requires access to the audio of the proceedings.

4. Rule 34.1(E) contemplates that if a motion is granted, the Clerk will be directed to provide a copy of the MP3 recording via e-mail, and the e-mail address of the undersigned appears in the signature block before.

Accordingly, for these reasons, Tax Analysts respectfully asks that this motion be granted.

Respectfully submitted,

*Cornish F. Hitchcock*

Cornish F. Hitchcock (D.C. Bar No. 238824)
Hitchcock Law Firm PLLC
5614 Connecticut Ave. NW No. 304
Washington, DC  20015-2604
(202) 489-4813   Fax: 315-3552
E-mail: conh@hitchlaw.com
Attorney for Movant Tax Analysts

24 September 2013

CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served electronically this 24th day of September, 2013, upon counsel for all parties as shown below:

Attorneys for Defendant-Appellant:
William Allen (will.allen@state.co.us)
Jonathan Patrick Fero (jon.fero@state.co.us)
Stephanie Lindquist Scoville (Stephanie.scoville@state.co.us)
Kathleen Spalding (kit.spalding@state.co.us)
Daniel D. Domenico, Esq. (dan.domenico@state.co.us)
Frederick R. Yarger, Esq. (fred.yarer@state.co.us)
Bernie Buescher, Esq. (Bernie.buescher@state.co.us)
Megan Paris Rundlet, Esq. (megan.rundlet@state.co.us)

Attorneys for Plaintiffs-Appellees:
David E. Skaggs (dskaggs@mckennalong.com)
Lino S. Lipinsky de Orlov (llipkinsky@mckennalong.com)
Herbert Lawrence Fenster (hfenster@mckennalong.com)
John A. Herrick (jherrick@mckennalong.com)
Michael F. Feeley (Mfeeley@bhfs.com)
Geoffrey W. Williamson (gwqilliamson@bhfs.com)
Carrie E. Johnson (cjohnson@bhfs.com)
Sarah Hartley (shartley@bhfs.com)

Attorneys for Amici Curiae:
Melissa Hart (melissa.hart@colorado.edu)
David Benjamin Kopel (david@i2i.org)
John M. Bowlin (john.bowlin@dgslaw.com)
Emily L. Droll (Emily.droll@dgslaw.com)
Andrew M. Low (Andrew.low@dgslaw.com)
D'Arcy Winston Straub(dstraub@ecentral.com)
Ilya Shapiro (ishapiro@cato.org)
James Martin Manley (jmanley@mountainstateslegal.com)
Harold Haddon (hhaddon@hmflaw.com)
Laura Kastetter(lkastetter@hmflaw.com)
Matthew Douglas (matthew.douglas@aporter.com)
Nathaniel J. Hake(Nathaniel.hake@aporter.com)
Paul Rodney (paul.rodney@aporter.com)
Holly Elizabeth Sterrett (holly.sterrett@aporter.com)
Joseph Guerra (jguerra@sidley.com)
Kathleen Moriarty Mueller (kmueller@sidley.com)
Catherine Carla Engberg (engberg@smwlaw.com)
Richard A. Westfall (rwestfall@halewestfall.com)

*[signature]*