Appellate Case: 12-1445     Document: 01019137698     Date Filed: 10/07/2013     Page: 1

FILED
United States Court of Appeals
Tenth Circuit

October 7, 2013

Elisabeth A. Shumaker
Clerk of Court

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

───────────────────────────

| | |
|---|---|
| ANDY KERR, Colorado State Representative, et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> JOHN HICKENLOOPER, Governor of Colorado, in his official capacity, <br><br> Defendant - Appellant. <br><br>------------------------------<br><br> D'ARCY WINSTON STRAUB, et al., <br><br> Amici Curiae. | No. 12-1445 |

───────────────────────────

**ORDER**

───────────────────────────

Before **BRISCOE**, Chief Judge, **SEYMOUR**, and **LUCERO**, Circuit Judges.

───────────────────────────

This matter is before the court on Tax Analysts' request to release the oral argument recording for the hearing held in this appeal on September 23, 2013. Upon consideration, the motion is granted. The Clerk is directed to forward, via email, the MP3 recording of the oral argument hearing. That recording shall be forwarded to the requesting attorney.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk